May 15, 2014



# JUDGMENT

## The Fourteenth Court of Appeals

THE CITY OF HOUSTON, Appellant

NO. 14-13-00415-CV                          V.

MARY MCGOWEN, Appellee

_____

This cause, an appeal from the order denying the City of Houston's plea to the jurisdiction signed April 30, 2013, was heard on the transcript of the record. We have inspected the record and find the trial court erred in denying the City's plea. We therefore order the judgment of the court below **REVERSED** and **RENDER** judgment dismissing appellee Mary McGowen's claims against appellee the City of Houston for lack of subject-matter jurisdiction. We further order that all costs incurred by reason of this appeal be paid by appellee, Mary McGowen. We further order this decision certified below for observance.